IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO: 3:14cr625 |
| ) | |
| v. ) | **ORDER FOR** |
| ) | **BENCH WARRANT** |
| CHARLES HENRY ROSS ) | |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant, CHARLES HENRY ROSS, as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

Columbia, South Carolina

September 3, 2014

WILLIAM N. NETTLES
UNITED STATES ATTORNEY

By: _____
James Hunter May (#11358)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Telephone: (803) 929-3000
Email Address: jim.h.may@usdoj.gov