AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| United States of America<br>v.<br><br>CHARLES HENRY ROSS<br>_Defendant_ | )<br>)  Case No.  3:14-625<br>)<br>)<br>)<br>) |

Rec'd USMS
SEP 03 2014

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_    CHARLES HENRY ROSS                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment         ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 2422(b)
Title 18, United States Code, Section 2423(b)


Date:    September 03, 2014                                                s/Jennifer Peterson
                                                                           _Issuing officer's signature_

City and state:    Columbia, South Carolina                                ROBIN BLUME
                                                                           CLERK OF COURT
                                                                           _Printed name and title_

---

**Return**

This warrant was received on _(date)_  SEP 03 2014  and the person was arrested on _(date)_  9/16/14
at _(city and state)_  Columbia SC                        .

Date:  11/5/14

                                                                           s/Luke Davis, FBI
                                                                           _Arresting officer's signature_

                                                                           by: R. Moses, IRS
                                                                           _Printed name and title_